IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANNY WEBSTER,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4577

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Leon County.
T. Kent Wetherell, II, Judge.

Nancy A. Daniels, Public Defender, Steven Seliger, Assistant Public Defender, Courtenay H. Miller, Assistant Public Defender, and Deborah Whisnant, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore, Assistant Attorney General, and Angela Hensel, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.